UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LISA SCHNEIDER,<br><br>      *Plaintiff*,<br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIEDSIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT DE NEMOURS AND COMPANY and 3M CO.,<br><br>      *Defendants*. | Civ. No. 1:19-CV-0083 (LEK/DJS)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST DEFENDANTS HONEYWELL INTERNATIONAL INC. AND 3M COMPANY** |

    Plaintiff Lisa Schneider ("Plaintiff"), by and through undersigned counsel, hereby submits this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(2). Plaintiff has settled her claims against Defendants Honeywell International Inc. and 3M Company and thereby respectfully requests that the Court enter an Order dismissing Plaintiff's claims against only Defendants Honeywell International Inc. and 3M Company, with prejudice, with each party bearing that party's own attorney's fees and costs.

Dated: August 25, 2023                  **FARACI LANGE, LLP**

                                          */s/ Stephen G. Schwarz*
                                          Stephen G. Schwarz
                                          Hadley E. Lundback
                                          1882 South Winton Road, Suite 1
                                          Rochester, New York 14618
                                          Telephone: (518) 325-5150
                                          Facsimile: (518) 325-3285
                                          sschwarz@faraci.com
                                          hadley@faraci.com

                    **WILLIAMS CEDAR, LLC**

                    */s/ Gerald Williams*
                    Gerald Williams
                    One South Broad Street
                    Suite 1510
                    Philadelphia, Pennsylvania 19102
                    Telephone: (215) 557-0099
                    Facsimile: (215) 557-0673
                    gwilliams@williamscedar.com

                    *Attorneys for Plaintiff*

**So Ordered**

_____
LAWRENCE E. KAHN
UNITED STATES DISTRICT JUDGE

Dated: December 15, 2023
Albany, NY

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2023, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Stephen G. Schwarz*